**Howard WACO, Plaintiff–Appellant,**

**v.**

**Gregory BALTAD, Defendant,**

**Raymond Mireles, Defendant–Appellee.**

**No. 90–55683.**

United States Court of Appeals, Ninth Circuit.

April 17, 1992.

Before: PREGERSON, BRUNETTI, and T.G. NELSON, Circuit Judges.

Pursuant to the mandate of the Supreme Court of the United States dated October 21, 1991 (*Mireles v. Waco*, 502 U.S. ——, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991), the judgment of the district court dismissing the complaint is AFFIRMED.